FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND/NORTHERN DIVISION
CIVIL DIVISION

JAN 3 1 2002

|  |  |  |
|---|---|---|
| KWANGSIK KAY KIM, et al. | : | |
| | : | |
| PLAINTIFFS, | : | |
| v. | : | Civil No. CCB-02-CV-48 |
| | : | |
| JOSEPH B. FAY COMPANY, et al. | : | |
| | : | |
| DEFENDANTS. | : | |
| | : | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties, by and through their counsel, having conferred pursuant to Rule 26, hereby move this Court for an Order substituting the attached Discovery Plan for the Scheduling Order of the Court dated January 25, 2002.  The reasons why the Court's Order should be modified by the parties' agreed upon plan are as follows:

1) This is a wrongful death case involving a Korean family, a number of whose members currently reside in Korea. This is likely to complicate discovery.

2) The parties' proposed plan provides some additional time to complete discovery without postponing the trial period set by the Court in its order of January 25, 2002.

3) The undersigned counsel each carry busy litigation schedules and believe the minor modifications requested will facilitate an orderly course of discovery.

_Approved_

_____ THIS _____
DAY OF _____, 20 0 2

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MARGOLIUS, MALLIOS, DAVIS,
RIDER & TOMAR, LLP

By _____
Gary A. Stein
Maryland Federal Bar No. 24529
1828 L Street, N.W.
Suite 500
Washington, D.C.  20036
Ph (202) 296-1000
Fx (202) 296-6400
Counsel for Plaintiff


DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

By _____
Jeffrey R. DeCaro
4601 Forbes Boulevard
Suite 200
Lanham, MD  20706
Ph (301) 306-4300
Fx (301) 306-4988
Counsel for Defendant
Ecklund Carriers, Inc.

- and -


BACON, THORNTON & PALMER, LLP

By _____
Edward C. Bacon
6411 Ivy Lane
Suite 706
Greenbelt, MD  20770-1411
Ph (301) 345-7001
Fx (301) 345-7075
Counsel for Defendant
Joseph B. Fay Company

2

BACON, THORNTON & PALMER, LLP

By *Edward C. Bacon (by bfb)*

Edward C. Bacon
6411 Ivy Lane
Suite 706
Greenbelt, MD  20770-1411
Ph (301) 345-7001
Fx (301) 345-7075
Counsel for Defendant
Joseph B. Fay Company

14857

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND/NORTHERN DIVISION
CIVIL DIVISION**

KWANGSIK KAY KIM, et al.          :
                                  :
            PLAINTIFFS,           :
                                  :
    v.                            :   Civil No. CCB-02-CV-48
                                  :
JOSEPH B. FAY COMPANY, et al.     :
                                  :
            DEFENDANTS.           :
                                  :

### RULE 26(f) DISCOVERY PLAN

The parties, by and through their counsel, hereby certify that pursuant to Rule 26(f) they have conferred and agreed upon the following discovery schedule in this matter, subject to the Court's review and approval:

| | | |
|---|---|---|
| 1) | Joint Request for early settlement/ADR Conference | February 8, 2002 |
| 2) | Report re Deposition Hours | February 8, 2002 |
| 3) | Initial Report re Consent to Proceed before a U.S. Magistrate Judge | February 8, 2002 |
| 4) | Rule 26(a)(1) Initial Disclosures | March 1, 2002 |
| 5) | Moving for Joinder of Additional Parties and Amendment of Pleadings | April 5, 2002 |
| 6) | Plaintiff's Rule 26(a)(2) Disclosure of Expert Witnesses | May 13, 2002 |
| 7) | Defendants' Rule 26(a)(2) Disclosure of Expert Witnesses | June 12, 2002 |

8)  Plaintiff's rebuttal
    Rule 26(a)(2) Disclosure re
    Experts                             June 26, 2002

9)  Rule 26(a)(2) Supplementation
    Of Disclosures and Responses        July 10, 2002

10) Discovery closed/                   July 26, 2002
    Submission of Status Report

11) Requests for Admission              August 2, 2002

12) Deadline for Dispositive Motions    August 16, 2002

13) Trial: Two-week period beginning    November 18, 2002


                        Respectfully submitted,

                        MARGOLIUS, MALLIOS, DAVIS,
                        RIDER & TOMAR, LLP

                        By _____
                        Gary A. Stein
                        Maryland Federal Bar No. 24529
                        1828 L Street, N.W.
                        Suite 500
                        Washington, D.C.  20036
                        Ph (202) 296-1000
                        Fx (202) 296-6400
                        Counsel for Plaintiff


                        DeCARO, DORAN, SICILIANO,
                        GALLAGHER & DeBLASIS, LLP

                        By _____
                        Jeffrey R. DeCaro
                        4601 Forbes Boulevard
                        Suite 200
                        Lanham, MD  20706
                        Ph (301) 306-4300
                        Fx (301) 306-4988
                        Counsel for Defendant
                        Ecklund Carriers, Inc.

                    - and -

                        2