UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

AUG 16 2002

August 15, 2002

Gary A. Stein, Esquire
MARGOLIUS MALLIOS DAVIS
 RIDER & TOMAR LLP
1828 L St NW Suite 500
Washington DC 20036

Jeffrey R. DeCaro, Esquire
DeCARO DORAN SICILIANO
 GALLAGHER & DeBLASIS LLP
4601 Forbes Blvd Suite 200
Lanham MD 20703

Edward C. Bacon, Esquire
BACON THORNTON
 & PALMER LLP
6411 Ivy Lane Suite 706
Greenbelt MD 20770

    Re:   *Kawngsik Kay Kim, et al. v. Joseph B. Fay Co. & Ecklund Carriers, Inc.*
          Civil No. CCB 02-48

Dear Counsel:

    Please be advised that a settlement conference in the above-captioned case has been scheduled for **September 3, 2002,** at **10:30 a.m.** to be held in my chambers (Room 335A). It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient. *See* Local Rule 607.3. Please also be advised that the conference may take the entire day.

    No later than August 27, 2002, I would like to receive from each party a short letter candidly setting forth the following:

    1. Facts you believe you can prove at trial;

    2. The major weaknesses in each side's case, both factual and legal;

    3. An evaluation of the maximum and minimum damage awards you believe likely;

    4. The history of any settlement negotiations to date; and

    5. Estimate of attorney's fees and costs of litigation through trial.

Counsel
*Kawngsik Kay Kim, et al. v. Joseph B. Fay Co. & Ecklund Carriers, Inc.*
Civil No. CCB 02-48
August 15, 2002
Page Two

    The letters may be submitted <u>ex parte</u> and will be solely for my use in preparing for the settlement conference. I also will review the pleadings in the court file. Additionally, if you want me to review any case authorities that you believe are critical to your evaluation of the case, please identify. If you want me to review any exhibits or deposition excerpts, please attach a copy to your letter.[1]

    The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited. *See* 28 U.S.C. § 652(d); Local Rule 607.4.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                                Very truly yours,

                                                Jillyn K. Schulze
                                                United States Magistrate Judge

cc:    Judge Catherine C. Blake

---

[1] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, ABSENT INFORMED CLIENT CONSENT, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement. The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters. Therefore, please discuss these items with your client before appearing for the settlement conference.