IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND/SOUTHERN DIVISION
CIVIL DIVISION

| | |
|---|---|
| KWANGSIK KAY KIM, et al. : | |
| PLAINTIFFS, : | |
| v. : | Civil No. CCB-02-CV-48 |
| : | Magistrate Judge Charles B. Day |
| JOSEPH B. FAY COMPANY : | |
| and : | |
| ECKLUND CARRIERS, INC. : | |
| DEFENDANTS. : | |

O R D E R

THIS MATTER having come before the Court on Plaintiff's Motion for Court Approval of Settlement, and the Court having conducted a hearing on _22nd_ day of _October_, 2002, at which Plaintiffs and Defendants were represented by counsel and the Plaintiff appeared in the person of Kwangsik Kay Kim, the Personal Representative of the Estate of Hong Su Kim, and the Court having heard the representations of counsel and the Personal Representative, and it appearing that under all of the circumstances the settlement is reasonable, and that the heirs of the decedent are satisfied with the amount of the settlement and the proposed distribution set forth at the hearing, it is _Held by teleconference on 10/22/02_ _23rd_ day of _October_, 2002,

ORDERED, that the settlement between the Plaintiff and Defendant Joseph B. Fay Company be and hereby is APPROVED; and

it is

FURTHER ORDERED, that Plaintiff's claim against both Defendants be and hereby shall be DISMISSED WITH PREJUDICE SUBJECT TO PAYMENT OF THE AGREED UPON SETTLEMENT AMOUNT; and it is

FURTHER ORDERED, that the Crossclaim of Defendant Joseph B. Fay Company against Ecklund Carriers, Inc. remains to be adjudicated.

_____
Honorable Charles B. Day
United States Magistrate Judge

Copies To:

Gary A. Stein, Esq.
Margolius, Mallios, Davis, Rider & Tomar, LLP
1828 L Street, N.W., Suite 500
Washington, D.C. 20036

Jeffrey R. DeCaro, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Boulevard, Suite 200
Lanham, MD 20706

Edward C. Bacon, Esq.
Bacon, Thornton & Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

14857