IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KWANGSIK KAY KIM, as Personal :
Representative of the Estate of Hong Su :
Kim, et al. :

      Plaintiffs : 

v. : Case No. CCB 02-CV-48

JOSEPH B. FAY COMPANY, et al. :

      Defendants

### ORDER

Upon consideration of the Motion of Defendant Joseph B. Fay Company to Preclude the expert witness testimony of Dr. James A. Kirk, P.E., it is this ___ day of _____ 2002;

**ORDERED**, that the Motion be here in the same hereby is granted; and it is further

**ORDERED**, that the expert witness testimony of Dr. James A. Kirk, P.E. be in the same hereby is precluded from use at trial.

_____
Catherine C. Blake, United States District Judge

Copies to:
Edward C. Bacon, Esquire
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Gary A. Stein, Esquire
MARGOLIUS, MALLIOS, DAVIS, RIDER
  & TOMAR, L.L.P.
1828 L Street, N.W., Suite 500
Washington, D.C. 20036

Jeffrey Decaro, Esquire
DECARO, DORAN, SICILIANO,
  GALLAGHER & DEBLASIS, L.L.P.
4601 Forbes Boulevard, Suite 200
Lanham, MD 20703-4988

:ON, THORNTON
& PALMER
L.L.P.
APITAL OFFICE PARK
6411 IVY LANE
SUITE 706
EENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075