UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

November 5, 2002

**Via Facsimile and Regular Mail**

Edward C. Bacon, Esquire
Bacon, Thornton and Palmer, LLP
6411 Ivy Lane, Suite 706
Greenbelt, Maryland 20770

Jeffrey R. DeCaro, Esquire
DeCaro, Doran, Siciliano, Gallagher
   and DeBlasis, LLP
4601 Forbes Boulevard, Suite 200
P.O. Box 40
Lanham, Maryland 20703

Re:  Kim v. Joseph B. Fay Co., et al.
     Civil Action No. CCB-02-48

Dear Counsel:

    This case is scheduled for a three-day jury trial beginning at **9:30 a.m. on Tuesday, November 19, 2002 in Courtroom 2A.** On or before **November 8, 2002**, counsel are instructed to provide a joint statement of facts (no more than one short paragraph) for use as an introduction to voir dire, a Pretrial Order and an exhibit binder for the bench. The documents in the exhibit binder should be pre-marked and with an index. Additionally, the parties are also requested to provide copies of their Pretrial Order, voir dire and jury instructions on diskette in WordPerfect 7/8 for Windows format. Motions in limine are to be filed on or before **November 2, 2002.** Opposition to motions in limine are to be filed on or before **November 8, 2002.**

    The pretrial conference has been scheduled for **3:00 p.m. on Tuesday, November 12, 2003** in my chambers. Counsel shall bring all original exhibits to the conference. Immediately following the conference, the parties shall prepare an official exhibit binder to be given to the courtroom deputy. At least one of the attorneys from each party participating in the conference shall have the authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed, including the admissibility of trial exhibits. Counsel are also instructed to comply with Local Rule 106 regarding pretrial procedures.



*Kim v. Fay, et al.*
November 5, 2002
Page 2 of 2

      Despite the informal nature of this letter, it is nonetheless an order of the Court and the Clerk is directed to docket it as such.

                            Sincerely yours,

                            Charles B. Day
                            United States Magistrate Judge

cc:    Court File