# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KWANGSIK KAY KIM, as Personal
Representative of the Estate of Hong Su
Kim, et al.

        Plaintiffs

v.

JOSEPH B. FAY COMPANY, et al.
        Defendants

Case No. CCB 02-CV-48
U.S. Magistrate Judge Charles B. Day

## STIPULATION OF ORDER OF DISMISSAL OF ALL CROSS - CLAIMS

To the Clerk:

    Please mark the Cross-Claims of the Defendants Joseph B. Fay Co., Inc. and Ecklund Carriers, Inc., as **"Dismissed with Prejudice"**.

_____
Edward C. Bacon, #01256
BACON, THORNTON & PALMER, LLP
6411 Ivy Lane
Suite 706
Greenbelt, MD 20770
301-345-7001
Attorney for Joseph B. Fay Company

Request ☐ Denied ☑ Granted

_____
Charles B. Day / Date
United States Magistrate Judge

_____
Jeffrey R. DeCaro
DECARO, DORAN, SICILIANO,
  GALLAGHER & DEBLASIS, L.L.P.
4601 Forbes Boulevard
Suite 200
Lanham, MD 20703-4988
(301)306-4300
Attorneys for Ecklund Carriers, Inc.

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075